IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JASON DANIEL SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-061 |
| | ) | |
| CITY OF DUNWOODY; JASON'S DELI RESTAURANT; WALMART SHOPPING CENTER; ROSS CLOTHING STORE; and TARGET SHOPPING CENTER, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed this case in the Augusta Division of the Southern District of Georgia even though Plaintiff and the named Defendants are located in the Northern District of Georgia, and the events described in Plaintiff's complaint allegedly occurred in DeKalb County, Georgia, in the Northern District. (See doc. no. 1.) Because Dekalb County is in the Northern District of Georgia, the proper venue is the Atlanta Division of that District. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia, Atlanta Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District. Plaintiff should be aware that all future filings in this case, including the response to the May 18th, 2023 deficiency notice, should be made with the Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3361.

SO ORDERED this 18th day of May, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA